BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

**Dated: December 9th, 2024**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Blackjewel L.L.C., *et al.*, | Case No. 19-30289 |
| Debtors.[1] | (Jointly Administered) |
| Blackjewel Liquidation Trust by and through David J. Beckman, Trustee, | |
| Plaintiff, | |
| v. | Adv. No. 24-03000 |
| Bluegrass Natural Resources, LLC, | |
| Defendant. | |

[1] The former Debtors in these chapter 11 cases and the last four digits of each former Debtor's former taxpayer identification number were as follows: Blackjewel, L.L.C. (0823); Blackjewel Holdings L.L.C. (4745); Revelation Energy Holdings, LLC (8795); Revelation Management Corporation (8908); Revelation Energy, LLC (4605); Dominion Coal Corporation (2957); Harold Keene Coal Co. LLC (6749); Vansant Coal Corporation (2785); Lone Mountain Processing, LLC (0457); Powell Mountain Energy, LLC (1024); and Cumberland River Coal LLC (2213).

**ORDER STAYING ADVERSARY PROCEEDING AND GRANTING BLUEGRASS NATURAL RESOURCES, LLC LEAVE TO COMMENCE AN ADVERSARY PROCEEDING AGAINST THE BLACKJEWEL LIQUIDATION TRUST**

This adversary proceeding is before the Court on the Motion to Dismiss Adversary Proceeding Pursuant to Rule 12(B)(7) and For Leave to File Adversary Proceeding Against the Blackjewel Liquidation Trust, filed by Bluegrass Natural Resources, LLC ("Bluegrass") on October 31, 2024. ECF No. 27 (the "Motion").[2] Bluegrass requests that this Court dismiss this adversary proceeding, and grant Bluegrass leave to seek resolution of certain underlying issues in its dispute with the Blackjewel Liquidation Trust in the United States Bankruptcy Court for the Eastern District of Kentucky (the "EDKY Bankruptcy Court"). Id. On December 5, 2024, the Blackjewel Liquidation Trust, by and through David J. Beckman, Trustee (the "Blackjewel Trust") filed a response to the Motion, stating that it does not object to the Court granting Bluegrass leave to file an adversary proceeding against the Blackjewel Trust in the EDKY Bankruptcy Court, as requested by Bluegrass in the Motion. ECF No. 34. The Blackjewel Trust requests, however, that the Court not dismiss this adversary proceeding until after Bluegrass commences an adversary proceeding in the EDKY Bankruptcy Court. Id. ¶ 2.

[2] All "ECF" numbers, unless otherwise specified, refer to the above-captioned adversary proceeding (Adv. No. 24-03000).

NOW, THEREFORE, it is hereby ORDERED that:

1. This adversary proceeding is stayed through January 15, 2025.

2. Through and including January 15, 2025, Bluegrass is granted leave to commence an appropriate action against the Blackjewel Trust in the EDKY Bankruptcy Court for the purpose of litigation related to the claims in this adversary proceeding and in the adversary proceeding filed by Bluegrass in the EDKY Bankruptcy Court on April 12, 2024, and dismissed by that Court on July 30, 2024. Adv. No. 24-07002 (Bankr. E.D. Ky.).

3. If Bluegrass does not timely file an adversary proceeding in the EDKY Bankruptcy Court as permitted in this Order on or before January 15, 2025, the Court will rule on the pending motion to dismiss, ECF No. 27, and issue such further orders as the Court deems appropriate in light of its ruling.

[END OF DOCUMENT]

Parties to be Served
24-03000

All parties to this adversary proceeding.